# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Crim. No. 05-10080-JDT |
| VS. | ) | Civ. No. 13-1255-JDT |
| | ) | |
| TIMOTHY WAYNE BOHANNON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER REINSTATING ORIGINAL SENTENCE AND DIRECTING ENTRY OF SECOND AMENDED CRIMINAL JUDGMENT

On December 31, 2019, the Court issued an order for the Defendant, Timothy Wayne Bohannon, to show cause why his original sentence in this case should not be reinstated in accordance with the decision by the Sixth Circuit reversing the relief previously granted pursuant to 28 U.S.C. § 2255. (No. 13-1255, ECF No. 45.) Defendant responded, through counsel, on January 21, 2020, stating that he has no basis for arguing that the mandate of the Court of Appeals should not be followed. (*Id.* ECF No. 46.)

Accordingly, based on the mandate of the Sixth Circuit and the decision in *United States v. Stitt*, 139 S. Ct. 399 (2018), a second amended criminal judgment will be entered reinstating Bohannon's sentence of 180 months in the custody of the Bureau of Prisons and a 3-year term of supervised release. The second amended judgment shall provide that Bohannon will self-surrender for service of his sentence at the institution designated by the

Bureau of Prisons at the date and time specified by the U.S. Marshal, which shall be at least sixty (60) days after the date the second amended judgment is entered.

IT IS SO ORDERED.

                                              s/ **James D. Todd**
                                              JAMES D. TODD
                                              UNITED STATES DISTRICT JUDGE